# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THOMAS DOYLE LAMBERT, | * | CIVIL ACTION |
| Plaintiff, | * | NUMBER: 18-10488 |
| v. | * | SECTION: "M" (5) |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | * * | |
| Defendant. | * | |

\* \* \*

## JUDGMENT AND ORDER OF REMAND UNDER SENTENCE FOUR

Upon examination of Defendant's Unopposed Motion to Reverse and Remand and review of the file, the Court finds that judgment should be entered reversing the decision of the Commissioner and remanding this case to her for another administrative hearing pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Under 42 U.S.C. § 405(g), the Court has the authority to remand this case to the Commissioner for further proceedings. Upon remand, the Commissioner shall re-evaluate Plaintiff's application and determine whether he is disabled.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

New Orleans, Louisiana, this 28th day of May, 2019.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE